IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL CLARK, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | MISC ACTION NO. H-10-0160 |
| | § | |
| JOHN RICHARD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of even date, the motion to proceed in forma pauperis is granted and this suit is dismissed with prejudice.

SIGNED on June 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge